HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WEST BAY MARINA ASSOCIATES, a Washington general partnership,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | NO. 3:21-cv-05062-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff West Bay Marina Associates ("West Bay"), by counsel, and Defendant ACE American Insurance Company ("ACE"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled and that this action should be dismissed, with prejudice and with each party to bear its own costs and attorney fees.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

MPBA{8675/033.002.001/02733082-2}

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Respectfully Submitted,

MONTGOMERY PURDUE PLLC

By _____
Benjamin I. VandenBerghe
WA State Bar No. 35477
Sara J. Campbell
WA State Bar No. 47999
*Attorneys for Plaintiff*

COZEN O'CONNOR

By /s/ William F. Knowles
William F. Knowles
WA State Bar No. 17212
Cameron D. Young
WA State Bar No. 54232
*Attorneys for Defendant*

### **ORDER**

IT IS SO ORDERED this 13th day of January, 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

MPBA{8675/033.002.001/02733082-2}

MONTGOMERY PURDUE PLLC
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX